IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DR. FABRE FORD, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:24-cv-02405-SHM-atc |
| FAYETTE COUNTY, TENNESSEE, SHERIFF BOBBY RILES, MATTHEW SALAMON, and RANDY COLLINS, | ) |
| Defendants. | ) |

## JOINT NOTICE OF APPEAL

Defendants Fayette County, Tennessee, Sheriff Bobby Riles, Matthew Salamon, and Randy Collins ("Defendants"), jointly appeal to the United States Court of Appeals for the Sixth Circuit this Court's Order Granting in Part and Denying in Part Defendants' Motions to Dismiss. (ECF No. 25).

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By: s/Nathan D. Tilly
Nathan D. Tilly (#31318)
Haynes T. Russell (#36923)
*Attorneys for Defendants Fayette County, Tennessee, Sheriff Riles and Salamon*
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
(731) 668-5995 – Telephone
(731) 668-7163 – Facsimile
ntilly@pgtfirm.com
hrussell@pgtfirm.com

                                        RAINEY, KIZER, REVIERE & BELL, P.L.C.

                              BY:  <u>s/Matthew R. Courtner with permission</u>
                                        MATTHEW R. COURTNER, BPR #29113
                                        209 East Main Street
                                        P.O. Box 1147
                                        Jackson, Tennessee 38302-1147
                                        (731) 423-2414 - Phone
                                        (731) 426-8150 - Fax
                                        mcourtner@raineykizer.com
                                        *Attorney for Defendant Randy Collins*

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via US District Court ECF system upon:

    Kevin A. Snider
    Snider & Horner, PLLC
    9056 Stone Walk Place
    Germantown, TN  38138

    Matthew R. Courtner
    P.O. Box1147
    Jackson, Tennessee 38302-1147

on or before the filing date thereof.

    DATE:  This the 12th day of March, 2025.

                                        By:    <u>s/Nathan D. Tilly</u>
                                                    Nathan D. Tilly